# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br><br> v. <br><br> J&R TRANSPORT, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )     Case No. CIV-24-1074-G |

## ORDER

Now before the Court is a Joint Motion for Entry of Stipulated Judgment (Doc. No. 24), filed by Plaintiff National Union Fire Insurance Company of Pittsburgh, PA, and Defendant J&R Transport, Inc. In the Joint Motion, the parties represent that they have resolved this dispute and request that the Court enter the attached Proposed Stipulated Judgment. *See id.* Ex. 1 (Doc. No. 24-1).

Having considered the filing and the relevant record, the Court finds that the Joint Motion (Doc. No. 24) should be and is hereby GRANTED. In accordance with the Proposed Stipulated Judgment, Plaintiff shall have judgment against Defendant in the amount of $299,682.00, plus prejudgment interest at a rate of 6% per annum,[1] as well as

---

[1] *See* Okla. Stat. tit. 15, § 266; *id.* tit. 23, § 22; *Loughridge v. Chiles Power Supply Co.*, 431 F.3d 1268, 1287 (10th Cir. 2005). Although the Joint Motion also requests that the Court specify the postjudgment-interest rate, this rate is governed by federal statute and calculated using the date of the entry of judgment. *See Hosier v. Citigroup Global Mkts., Inc.*, 858 F. Supp. 2d 1206, 1209 (D. Colo. 2012) ("Under [28 U.S.C.] § 1961, post-judgment interest is mandatory and cannot be withheld by a district court or set by the court at a rate different from the rate specified by the statute.").

Plaintiff's reasonable expenses of $3292.30 incurred in making its Motion to Compel (Doc. No. 21).  *See* Proposed Stipulated J. at 2-4; Order of Aug. 11, 2025 (Doc. No. 23).  The Court shall enter judgment separately thereon.

    IT IS SO ORDERED this 8th day of October, 2025.

*[Signature]*
CHARLES B. GOODWIN
United States District Judge